**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE EDWARDS, ) | Case No. 2:13-cv-01316-JAD-CWH |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| LAS VEGAS METROPOLITAN, ) POLICE DEPARTMENT, *et al*., ) | |
| Defendants. ) | |

This matter is before the Court on Non-party NaphCare, Inc.'s ("NaphCare") response (doc. # 41) to this Court's December 12, 2014 order (doc. # 37), filed December 18, 2014.

As relevant background, Plaintiff Ronnie Edwards's ("plaintiff") application to proceed in this matter in forma pauperis was granted on January 14, 2014. See Doc. # 1; Doc. # 6. As a result, the Clerk of Court was ordered, among others, to issue summons for various defendants and to send plaintiff USM-285 forms to fill out and furnish to the U.S. Marshal within 30 days. See Doc. # 6. Plaintiff was also instructed to file a notice with the Court within 20 days after receiving a copy of the USM-285 form from the U.S. Marshal indicating whether service had been accomplished. Id. On June 6, 2014, plaintiff filed a notice confirming that none of the named defendants had been served, along with a motion requesting an extension of time to effectuate service, which this Court granted. See Docs. # 14-16. Then, on August 18, 2014, plaintiff filed a motion requesting, among others, the issuance of a subpoenas duces tecum to the registered agent of NaphCare because defendants Dr. Raymond Allen Mondora ("Mondora") and Nurse Katrina Simeon ("Simeon") were employed by NaphCare, a contracted third-party, at the time of the alleged incidents in plaintiff's complaint. See Doc. # 24; see also Doc. # 7. Thereafter, on December 12, 2014, the Court granted plaintiff's motion and ordered NaphCare to provide the last known addresses and telephone numbers of Mondora and Simeon to the Court under seal. See Doc. # 37. In compliance with

this Court's order, NaphCare filed that information on December 18, 2014.  <u>See</u> Doc. # 41.

This Court has reviewed the contact information provided by NaphCare, along with the record in this case, and deems it appropriate to direct the Clerk of Court to issue summons for both defendants and to deliver the summons, along with the complaint, to the United States Marshal for service.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall issue Summons to Dr. Raymond Allen Mondora and Katrina Simeon, R.N., and shall deliver the Summons, Sealed Submission of NaphCare's Response (doc. # 41), a copy of the Complaint (doc. # 7), and a copy of this Order to the U.S. Marshal Service.

**IT IS FURTHER ORDERED** that the Clerk of Court shall deliver two USM-285 forms to plaintiff. Plaintiff shall have twenty-one days in which to furnish the U.S. Marshal with the required Form USM-285. Within twenty-one days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, plaintiff must file a notice with the court identifying whether defendants were served. If plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 120 days from the date this order is entered.

**IT IS FURTHER ORDERED** that from this point forward, plaintiff shall serve upon defendants, or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading motion or other document submitted for consideration by the court. Plaintiff shall include with the original papers submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. The Court may disregard any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge, or the Clerk which fails to include a certificate of service.

Dated: December 22, 2014

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**

2