# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE EDWARDS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al*.<br><br>　　　　　　Defendants. | Case No. 2:13-cv-01316-JAD-CWH<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiff's Motion for an Order (doc. # 48), filed January 15, 2015. In essence, Plaintiff moves this Court to issue an order directing the U.S Marshal to serve various defendants, including, Officer Hightower, Officer Reyes, Officer Mitchell, and Officer Scott.

　　　　A review of the record reveals that all officers, except Officer Scott, have been served and are represented by counsel in the instant case. Moreover, the U.S. Marshal has not yet filed a return or proof of service with respect to Officer Scott.

　　　　Based on the foregoing and good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiff's Motion for an Order (doc. # 48) is **denied as moot**.

　　　　DATED: January 16, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**