# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE EDWARDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LAS VEGAS METROPOLITAN POLICE ) <br> DEPARTMENT, *et al*. ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:13-cv-01316-JAD-CWH <br><br> **ORDER** |

This matter is before the Court on Plaintiff Ronnie Edwards's ("plaintiff") Motion of Concern (doc. # 68), filed March 16, 2015, and Defendants Raymond Mondora and Katrina Simeon's ("defendants") Notice of Remailing of Documents (doc. # 69), filed March 17, 2015.

In the instant motion, plaintiff asserts he never received copies of defendants' responses (docs. # 66, # 67) to plaintiff's motions (docs. # 61, # 65) and asks that copies be sent to him so he can file replies, and that the Court extend the deadlines for these replies. Defendants, in their notice, contend they resent their responses to plaintiff upon receipt of the instant motion.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Motion of Concern (doc. # 68) is **granted in part and denied as moot in part**. Plaintiff's request that defendants resend their responses is denied as moot. However, plaintiff's request for the Court to extend the reply deadlines is granted. Plaintiff shall have until **April 6, 2015** to file his replies.

DATED: March 18, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**