**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONNIE EDWARDS, | Case No. 2:13-cv-01316-JAD-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| LAS VEGAS METROPOLITAN DEPARTMENT, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's motion for an amendment to scheduling order (doc. # 74), filed March 30, 2015, and Defendants' response (doc. # 80), filed April 8, 2015. Plaintiff did not file a reply. Also before the Court is Plaintiff's unopposed motion for extension of discovery (doc. # 86), filed April 16, 2015.

**1.      Motion for Extension of Discovery (doc. # 86)**

Because the instant motion (doc. # 86) is simply a duplicate of Plaintiff's motion for an amendment to scheduling order (doc. # 74), which the Court will address below, the instant motion is denied as moot.

**2.      Motion for Amendment to Scheduling Order (doc. # 74)**

Plaintiff asks the Court to extend the discovery deadlines by seventy-four (74) and eighty-five (85) days. Defendants, in response, do not oppose extending the discovery deadlines, but argue that forty-five (45) days is sufficient. Defendants also offer additional information addressing various deficiencies in Plaintiff's motion, as required by this Court's local rules for requests to extend

discovery deadlines. Defendants further point out that an extension is appropriate because Defendants are still awaiting Plaintiff's medical records from the NDOC and UMC.

This Court finds good cause for the requested extension. As such, the Court grants Plaintiff's motion in part. Specifically, the Court denies Plaintiff's request to extend the discovery deadlines by seventy-four (74) and eighty-five (85) days and, instead, adopts Defendants' proposal to extend discovery by only forty-five (45) days.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for extension of discovery (doc. # 86) is **denied as moot**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for an amendment to scheduling order (doc. # 74) is **granted in part and denied in part**. The discovery deadlines shall be extended by forty-five (45) days.

**IT IS FURTHER ORDERED** that the following dates shall govern discovery:

1. Discovery cutoff **June 15, 2015**
2. Motions to amend pleadings and add parties **March 30, 2015 (unchanged)**
3. Dispositive motions **July 15, 2015**
4. Pretrial order **August 14, 2015**

**IT IS FURTHER ORDERED** that a copy of this order, which contains the amended discovery plan, shall be served on additional parties, if any, within ten (10) days of their first appearance, and will be applicable to these parties unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 26-4, an extension of the discovery deadline will not be allowed without a showing of good cause. All motions or stipulations to extend discovery shall be received by the Court at least **twenty-one (21) days** prior to the expiration of the subject deadline. The motion or stipulation shall include:

(a) A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

(b) A specific description of the discovery which remains to be completed;

(c) The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

(d) A proposed schedule for the completion of all remaining discovery.

DATED: May 8, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**