**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RONNIE EDWARDS, | ) | Case No. 2:13-cv-01316-JAD-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al | ) | **ORDER** |
| Defendants. | ) | |

Presently before the Court are Plaintiff's motion for return of exhibit (ECF No. 177), filed June 29, 2016, motion to produce excerpts (ECF No. 178), filed June 30, 2016, and motion for emergency hearing (ECF No. 179), also filed on June 30, 2106.  Defendants have not filed a response to any of these motions.

In his motion for return of exhibit (ECF No. 177), Plaintiff provides a document intended to be attached to ECF No. 166, and requests that the document be returned to him for use in preparation of his appeal.  In his motion to produce excerpts (ECF No. 178), Plaintiff requests that the Court send him all documents, including "pleadings, motions, papers, and exhibits" filed by the Plaintiff for preparation of his appeal in this case.  Plaintiff also requests an emergency hearing on this matter in ECF No. 179.

Pursuant to Ninth Circuit Rule 30-3, "[i]n cases involving appeals by prisoners not represented by counsel, the clerk of the district court shall, within 21 days from the receipt of the prisoner's written request, forward to the prisoner copies of the documents to comprise the excerpts of record."  Plaintiff is not represented by counsel in this matter, and is proceeding *in forma pauperis* per this Court's order (ECF No. 6).

//

//

1    IT IS THEREFORE ORDERED that Plaintiff's motion for return of exhibit (ECF No. 177) is GRANTED. The Clerk of Court must return to Plaintiff the documents attached to the motion.

IT IS FURTHER ORDERED that Plaintiff's motion to produce excerpts (ECF No. 178) is GRANTED. The Clerk of Court must forward to Plaintiff all pleadings, motions, papers, and exhibits filed by Plaintiff in this matter, as well as a copy of the docket sheet.

IT IS FURTHER ORDERED that Plaintiff's motion for emergency hearing (ECF No. 179) is DENIED as moot.

DATED: August 12, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge