# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONNIE EDWARDS, | ) | Case No. 2:13-cv-01316-JAD-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al | ) | **ORDER** |
| Defendants. | ) | |

Presently before the Court is Plaintiff's motion (ECF No. 182) for enforcement of order, filed on August 26, 2016. Defendants have not filed a response.

On August 12, 2016, this court ordered (ECF No. 181) the Clerk of Court to send to Plaintiff a copy of all pleadings, motions, papers, and exhibits filed by him in this case. Upon receipt of these documents, Plaintiff represents that he did not receive a copy of ECF No. 141, or its attachments, which together total 1,342 pages. The Clerk of Court has affirmed that hard-copies of all requested documents were delivered to Plaintiff, and that ECF No. 141 and its attachments were included in the delivery.

Although the evidence available suggests that copies of ECF No. 141 and its attachments were provided to Plaintiff, the court will provide an additional copy of these documents out of an abundance of caution, and to ensure that Plaintiff's ability to pursue his appeal is not hindered.

//
//
//
//
//
//

IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 182) for enforcement of order is GRANTED. The Clerk of Court must forward to Plaintiff a complete copy of ECF No. 141 and its attachments.

DATED: September 6, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge